UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT COLLINS,<br><br>         Petitioner,<br><br> vs.<br><br>MONTEREY COUNTY JAIL,<br><br>         Respondent. | No. C 11-2653 PJH (PR)<br><br>**ORDER OF DISMISSAL** |

This case was opened when petitioner, a prisoner at a county jail, filed a document captioned "Petition for Writ of Mandate and Prohibition." On June 2, 2011, the court notified petitioner that he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed. No response has been received.

This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: July 18, 2011.

                                        PHYLLIS J. HAMILTON
                                        United States District Judge

P:\PRO-SE\PJH\CR.11\COLLINS2653.DSM-IFP.wpd